UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-62282-BLOOM/Valle

EVENS HILAIRE,

    Plaintiff,

v.

CREDIT CONTROL, LLC,

    Defendant.
_____/

## ORDER STAYING CASE

**THIS CAUSE** is before the Court upon Defendant Credit Control, LLC's unopposed Motion to Stay Pending the *En Banc* Decision in *Hunstein*, ECF No. [10] ("Motion"), filed on December 14, 2021. The Court has carefully reviewed the Motion and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [10]**, is **GRANTED**.

2. This case is **STAYED** pending the Eleventh Circuit Court of Appeals' final disposition of *Hunstein v. Preferred Collection & Management Services, Inc.*, 19-14434 (11th Cir. 2021).

3. Upon the Eleventh Circuit Court of Appeals' final disposition of *Hunstein*, the parties shall **FILE** a motion to lift the stay and reopen the case.

4. Upon application for good cause shown, a party may seek an earlier termination of the stay, subject to the other parties' right to contest such early termination, by (i) making a request to the Court, and (ii) transmitting notice to all counsel of record via e-mail.

Case No. 21-cv-62282-BLOOM/Valle

5. **Within twenty-one (21) days** after the stay in the above-captioned action is lifted for any reason, the parties shall prepare and file a joint scheduling report. The joint scheduling report shall include all information required by Local Rule 16.1(b)(2) and (3).

6. The Clerk of Court shall **CLOSE** the case for administrative purposes.

7. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 15, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record